### Bert L. Hough v. Village of Clayton.

1.  EXCEPTION—*what essential to review.*   Exception to the action of
the court in overruling a motion for a new trial and to the entry of
judgment is essential to a review of the correctness of the judgment
appealed from.

Action commenced before justice of the peace.   Appeal from the
Circuit Court of Adams County; the Hon. ALBERT AKERS, Judge, pre-
siding.   Heard in this court at the November term, 1905.   Affirmed.
Opinion filed March 20, 1906.

First National Bank v. Dawson.

JOSEPH A. ROY, for appellant.

PENICK & HUBBARD, for appellee.

MR. JUSTICE RAMSAY delivered the opinion of the court.

The correctness of the abstract in this case has been challenged by appellee, and our attention called to the fact that the bill of exceptions does not show that any exception was made or saved to the action of the court in overruling the motion for a new trial; nor to the rendering of the judgment.

The record sustains the claim so made by appellee and shows that appellant's motion for a new trial was overruled, but no exception saved thereto. Judgment was rendered upon the verdict, but no exception saved by appellant.

The matters argued are, therefore, not before this court for review.

The judgment of the court below is affirmed.

*Affirmed.*